IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00205-REB-BNB

HIDIE CHASE,

Plaintiff,

v.

MESA COUNTY VALLEY SCHOOL DISTRICT NO. 51,

Defendant.
_____

**ORDER**
_____

This matter arises in connection with a status conference held today and also in connection with the **Defendant's Motion to Dismiss** [Doc. # 13, filed 4/13/2007]. Consistent with matters discussed at the status conference:

IT IS ORDERED that Defendant's Motion to Dismiss is DENIED WITHOUT PREJUDICE as withdrawn.

IT IS FURTHER ORDERED that the defendant shall cause the administrative record to be transmitted to this court on or before **March 28, 2008**. In connection with the preparation of the administrative record, I request that the pages of the record be Bates stamped or otherwise sequentially numbered for ease of use.

IT IS FURTHER ORDERED that the plaintiff shall file an amended complaint consistent with our discussion today on or before **April 28, 2008**.

Dated February 27, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge