IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00205-REB-BNB

HIDIE CHASE,

Plaintiff,

v.

MESA COUNTY VALLEY SCHOOL DISTRICT NO. 51,

Defendant.
_____

**ORDER**
_____

This matter arises in connection with a status conference held on March 18, 2008. Consistent with matters discussed at the status conference and for the reasons stated there:

IT IS ORDERED that the Clerk of the Court shall attempt to locate volunteer counsel to represent the plaintiff.

IT IS FURTHER ORDERED that the deadlines established in my Order of February 27, 2008 [Doc. # 29], are VACATED.

IT IS FURTHER ORDERED that a status conference is set for **April 25, 2008, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, to address submission of the record and scheduling issues.

Dated March 25, 2008.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge