IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00205-REB-BNB

HIDIE CHASE,

Plaintiff,

v.

MESA COUNTY VALLEY SCHOOL DISTRICT NO. 51,

Defendant.

## ORDER

The parties appeared this morning for a status conference. Consistent with matters discussed this morning:

IT IS ORDERED that the plaintiff shall seek leave to amend the complaint on or before **July 1, 2008.**

IT IS FURTHER ORDERED that the parties shall cause the administrative record to be transmitted to the court on or before **June 13, 2008.**

IT IS FURTHER ORDERED that there will be no discovery or expert witnesses.

IT IS FURTHER ORDERED that dispositive motions shall be filed on or before **August 29, 2008.**

Dated May 28, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge