IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00205-REB-BNB

HIDIE CHASE,

Plaintiff,

v.

MESA COUNTY VALLEY SCHOOL DISTRICT NO. 51,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Motion for Leave of Court to Amend Complaint** [docket no. 45, filed July 1, 2008] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended Complaint for filing. Defendant has ten (10) days to answer or respond.

DATED: July 7, 2008